September 6, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

PARHAM FAMILY LIMITED PARTNERSHIP AND VAN E. PARHAM, JR.,
Appellants

NO. 14-12-00195-CV                            V.

DIANE MORGAN F/KA/ DIANE PARHAM, Appellee
_____

Today the Court heard appellee's motion to dismiss the appeal from the order signed by the court below on February 20, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Parham Family Limited Partnership and Van E. Parham, Jr..

We further order this decision certified below for observance.